### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN NICOLAS LYNCH,<br><br>        Appellant,<br><br>vs.<br><br>KENNETH K. KLEIN, et al.,<br><br>        Appellees. | **Case No.15-CV-364-JED-FHM**<br><br>Adv. Case No. 14-AP-1059 |

### OPINION AND ORDER

Appellant's Unopposed Motion for Enlargement of Time to Respond to Appellee's Motion to Stay Appeal, [Dkt. 33], is GRANTED.

Appellant's response brief to Trustee's Motion to Stay Appeal Pending Bankruptcy Court's Ruling on Motions to Impose Sanctions, [Dkt. 14] is due on or before August 27, 2015. Any reply brief is due by September 4, 2015.

Appellant's Motion for Extension of Time to File Appellant's Brief and Appendix, [Dkt. 34] is GRANTED. A new briefing schedule will be issued after the Motion to Stay Appeal is decided.

SO ORDERED this 13th day of August, 2015.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE