# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

STEPHEN NICOLAS LYNCH,

    Appellant,

vs.

KENNETH K. KLEIN, et al.,

    Appellees.

**Case No.15-CV-364-JED-FHM**

Adv. Case No. 14-AP-1059

## OPINION AND ORDER

The following motions are before the undersigned United States Magistrate Judge for decision: Plaintiff' Motion to Stay Proceedings Pending Outcome of Appeal, [Dkt. 6]; Trustee's Motion to Stay Appeal Pending Bankruptcy Court's Ruling on Motion to Impose Sanctions Against Appellant's Counsel, Martha Hyde, [Dkt. 14]; and motions adopting the Trustee's motion, [Dkt. 18, 20].

Plaintiff's motion is not directed to this court. It seeks relief from the Bankruptcy Court and was ruled on by the Bankruptcy Court, therefore Plaintiff's motion, [Dkt. 6], is DENIED.

The court has been advised that on August 27, 2015, the Bankruptcy Court granted the Appellant's motion for a stay of the pending motion for sanctions against Appellant's counsel. [Dkt. 38]. The Trustee's motion is rendered moot by the Bankruptcy Court's order staying its consideration of the motion for sanctions pending the outcome of this appeal. Therefore, the Trustee's Motion to Stay Appeal Pending Bankruptcy Court's Ruling on Motion to Impose Sanctions Against Appellant's Counsel, Martha Hyde, [Dkt. 14]; and motions adopting the Trustee's motion, [Dkt. 18, 20], are DENIED as MOOT.

SO ORDERED this 13th day of October, 2015.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE