## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN NICOLAS LYNCH,<br><br>　　　　　Appellant,<br><br>vs.<br><br>KENNETH K. KLEIN, et al.,<br><br>　　　　　Appellees. | **Case No.15-CV-364-JED-FHM**<br><br>Adv. Case No. 14-AP-1059 |

## SCHEDULING ORDER

The parties shall adhere to the following briefing schedule in the captioned appeal:

– Appellant's brief is due on or before November 25, 2015;

– Appellees briefs are due on or before December 23, 2015;

– Appellant's reply brief is due on or before January 13, 2016.

The requirements of Fed.R.Civ.P. 6(d) are satisfied by these time periods and an additional three days may not be added to the briefing time.

SO ORDERED this 13th day of October, 2015.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE