IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN NICOLAS LYNCH, | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 15-CV-364-JED-FHM |
| KENNETH K. KLEIN, et al., | ) | Adv. Case No. 14-AP-1059 |
| Appellees. | ) | |

**OPINION AND ORDER**

Appellant's *Motion for Extension of Time to File Appellant's Brief and Appendix*, [Dkt. 46], and Appellant's *Amended Motion for Extension of Time to File Appellant's Brief and Appendix,* [Dkt. 48], are before the court for decision. The Appellees[1] filed a response brief objecting to Appellant's motion. [Dkt. 47].

Appellant's *Amended Motion for Extension of Time to File Appellant's Brief and Appendix,* [Dkt. 48], is GRANTED. Appellant's *Motion for Extension of Time to File Appellant's Brief and Appendix*, [Dkt. 46], is MOOT. An Amended Scheduling Order will be entered.

SO ORDERED this 23rd day of November, 2015.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] All Appellees but C. Robert Burton object to Appellant's request for extension of time to file Brief and Appendix.